IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00858-WYD-CBS

LESLIE J. VAUGHN,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Joint Motion of the Parties to Dismiss With Prejudice (docket #17), filed November 16, 2007.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a), I find that this motion should be granted.  Accordingly, it is

ORDERED that the Joint Motion of the Parties to Dismiss With Prejudice (docket #17) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

    Dated:  November 16, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge